1  ROBERT P. MOLINA, ESQ.
   Nevada Bar No. 6422
2  PYATT SILVESTRI & HANLON
   701 Bridger Avenue, Suite 600
3  Las Vegas, Nevada 89101
   (702) 383-6000
4  (702) 384-2572 (Fax)
   rmolina@psh-law.com
5  Attorney for Third-Party Defendant
   BESAM US INC.

6

7

8              IN THE UNITED STATES DISTRICT COURT

9                  FOR THE DISTRICT OF NEVADA

10 MONICA SANCHEZ and ISMAEL          )  CASE NO. 2:10-cv-00975-RLH-RJJ
   SANCHEZ, individually as husband   )
11 and wife,                          )
                                      )
12          Plaintiffs,                )
                                      )
13     vs.                             )
                                      )
14 CHUGACH MCKINLEY, INC.;            )  **BESAM US INC.'S JOINDER TO**
   STANLEY ACCESS TECHNOLOGIES,       )  **STIPULATED PROTECTIVE**
15 LLC; WACHENHUT SERVICE,            )  **ORDER REGARDING**
   INCORPORATED DOES I through        )  **CONFIDENTIAL INFORMATION**
16 V; ROE CORPORATIONS I through      )
   V; and ROE COMPANIES I through V,  )
17 inclusive,                         )
                                      )
18          Defendants.                )
                                      )
19 ─────────────────────────          )
   CHUGACH MCKINLEY, INC.,            )
20                                     )
            Third-Party Plaintiff,     )
21                                     )
       vs.                             )
22                                     )
   BESAM US INC. d/b/a BESAM          )
23 ENTRANCE SOLUTIONS, d/b/a          )
   SOUTHERN NEVADA DOORS; DOES        )
24 VI through X; ROE CORPORATIONS     )
   VI through X; and ROE COMPANIES    )
25 VI through X, inclusive,           )
                                      )
26          Third-Party Defendants.    )
   ─────────────────────────          )
27

28  ///

**BESASM US INC.'S JOINDER TO STIPULATED PROTECTIVE ORDER REGARDING CONFIDENTIAL INFORMATION**

COMES NOW Third-Party Defendant Besam US Inc., by and through its attorney, Robert P. Molina, Esq., of the law firm of Pyatt Silvestri & Hanlon, and hereby joins in the Stipulated Protective Order Regarding Confidential Information in the above-captioned matter.

DATED this 1st day of December, 2010.

PYATT SILVESTRI & HANLON

ROBERT P. MOLINA, ESQ.
Nevada Bar No. 0622
701 Bridger Avenue, Suite 600
Las Vegas, Nevada 89101
(702) 383-6000
(702) 384-2572 (Fax)
rmolina@psh-law.com
Attorney for Third-Party Defendant
BESAM US INC.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATE: DEC. 7, 2010