# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MONICA SANCHEZ, *et al.*, | |
| Plaintiff, | 2:10-cv-975-RLH-RJJ |
| vs. | |
| CHUGACH MCKINLEY, INC.; *et al.*, | **ORDER** |
| Defendant. | |
| AND RELATED THIRD PARTY CLAIM. | |

IT IS HEREBY ORDERED that the parties shall file a joint Interim Discovery Status Report on February 21, 2011.

IT IS FURTHER ORDERED that the joint Interim Discovery Status Report shall contain the following:

1. Shall identify the discovery that has been completed;

2. Shall identify the discovery that remains outstanding;

3. Shall identify any pending discovery motions; and,

4. Shall detail all attempts to settle the case.

DATED this __29th__ day of December, 2010.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge